

# Fourth Court of Appeals
## San Antonio, Texas

September 26, 2018

No. 04-18-00538-CR

**In re Avery B. Crawford**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
                Marialyn Barnard, Justice
                Luz Elena D. Chapa, Justice

On August 15, 2018, this court issued an opinion dismissing relator's petition for writ of mandamus for lack of jurisdiction. On September 21, 2018, relator filed a motion for rehearing. After considering the motion, relator's motion is hereby DENIED.

It is so **ORDERED** on September 26, 2018.

PER CURIAM.

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2017CR10532 & 2017CR10534, styled *The State of Texas v. Avery B. Crawford*, pending in the 186th Judicial District Court, Bexar County, Texas, the Honorable Jefferson Moore presiding.